IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | | |
|---|---|---|
| PAULA "MUFFIN" STEERS FARESE | § § § | PLAINTIFF |
| v. | § § | Civil No. 3:25-cv-1-HSO-BWR |
| THE FEDERAL BUREAU OF INVESTIGATION, et al. | § § | DEFENDANTS |

## ORDER GRANTING PLAINTIFF'S MOTION [8] TO DISMISS AND DISMISSING PLAINTIFF'S COMPLAINT [1] WITHOUT PREJUDICE

This matter is before the Court on Plaintiff Paul "Muffin" Steers Farese's Motion [8[ to Dismiss. After due consideration of the record and relevant legal authority, the Court finds that Plaintiff's Motion [8] seeking to voluntarily dismiss her claims should be granted.

On January 2, 2025, Plaintiff Paula "Muffin" Steers Farese ("Plaintiff" or "Farese") filed a Complaint [1] in this Court, naming as Defendants "The Federal Bureau of Investigation, (UNKNIOWN [sic] AGENT #1, UNKNOWN AGENT #2, UNKNOWN AGENT #3, UNKNOWN AGENT #4, *ad infinitum*)"; "The United States Attorney's Office, for the Northern District of Mississippi, including CLAY JOYNER, Individually and as Acting and Interim UNITED STATES ATTORNEY for the Northern District of Mississippi"; "JAY HALE, INDIVIDUALLY AND IN HIS CAPACITY AS DISTRICT ATTORNEY for the 17th Circuit Court District"; "BEN CREEKMORE, INDIVIDUALLY, AND IN HIS CAPACITY AS DISTRICT ATTORNEY FOR THE 3rd Circuit Court District"; "MARY ANN CONNELL, INDIVIDUALLY, AND IN HER CAPACITY AS ASSISTANT DISTRICT

ATTORNEY FOR THE 3rd Circuit Court District"; "SHARON [sic] AYCOCK, INDIVIDUALLY, AND IN HER CAPACITY AS JUDGE FOR THE UNITED STATES DISTRICT COURT, THE NORTHERN DISTRICT OF MISSISSIPPI"; "ROY PERCY, INDIVIDUALLY AND IN HIS CAPACITY AS MAGISTRATE JUDGE UNITED STATES DISTRICT COURT, FOR THE NORTHERN DISTRICT OF MISSISSIPPI"; Rosemary Moore McKellar Howard; Louise Moore McKellar; Walter McKellar; and "JOHN LAMAR, Individually and in his capacity as attorney for Walter McKellar and/or Louise Moore McKellar and/or in his capacity as attorney to the Tate County Board of Supervisors" (collectively, "Defendants"). Compl. [1] at 1 (emphasis in original).

Plaintiff has now filed a Motion [8] to Dismiss, asking that her Complaint [1] be "dismissed immediately." Mot. [8] a 2. In accordance with Federal Rule of Civil Procedure 41(a)(2), the Court finds that Plaintiff's voluntary Motion [8] to Dismiss should be granted. *See id.*; Fed. R. Civ. P. 41(a)(2).

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Plaintiff Paul "Muffin" Steers Farese's Motion [8[ to Dismiss is **GRANTED**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Plaintiff's Complaint [1] is **DISMISSED WITHOUT PREJUDICE**. The Court will enter a separate Final Judgment in accordance with Federal Rule of Civil Procedure 58(a).

**SO ORDERED AND ADJUDGED**, this the 22nd day of January, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE